UNITED STATES *v.* GUY B. BARHAM (YEE SING CO.)

No. 4517.—Invoice dated Hong Kong, November 30, 1937.
 Entered at Los Angeles, Calif., January 3, 1938.
 Entry No. 7234.

(Decided February 8, 1939)

*Webster J. Oliver*, Assistant Attorney General (*Daniel G. McGrath*, special attorney), for the plaintiff.
*Harper & Harper* (*Abraham Gottfried* of counsel) for the defendant.

BROWN, Judge: It appearing at the trial that the appraiser has here appraised in Canton currency when he should have appraised in Hong Kong currency, and the United States having appealed, the merchandise is now appraised in Hong Kong dollars at the same *per se* figures and amounts as noted by the appraiser in his appraisement. Judgment will be rendered accordingly.

FEBRUARY 7, 1939

No. 4518.——*Geo. S. Bush & Co., Inc.* v. *United States.* Entered at Seattle, Wash. Reap. Dec. 4479. Motion by plaintiff.